Circuit Court for Baltimore City
Case No. 113038018,019

IN THE COURT OF APPEALS OF MARYLAND


No. 106


September Term, 2015


MARK O'NEIL


v.


STATE OF MARYLAND


Barbera, C.J.
Battaglia
Greene
Adkins
McDonald
Watts
Hotten,

                    JJ.


PER CURIAM ORDER


Filed: March 25, 2016

MARK O'NEIL             *      IN THE

                          *      COURT OF APPEALS

      v.                  *      OF MARYLAND

                          *      No. 106

STATE OF MARYLAND        *      September Term, 2015

## PER CURIAM ORDER

The Court having considered and granted the petition for a writ of certiorari in the above entitled case, it is this 25th day of March, 2016,

ORDERED, by the Court of Appeals of Maryland, that the judgment of the Court of Special Appeals be, and it is hereby, vacated, and the case is remanded to that Court for further consideration in light of Simmons and McGouldrick v. State, ____ Md.____, ____ A.3d ____(No. 28, September Term, 2015, filed February 22, 2016). Costs in this Court to be paid by the Respondent and costs in the Court of Special Appeals to abide the result.

/s/ Mary Ellen Barbera
_____
Chief Judge